UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIAM C. ULERY,

    Petitioner,

  v.

DOUG WADDINGTON,

    Respondent.

Case No. C06-5192RBL

ORDER DENYING COUNSEL

    This 28 U.S.C. § 2254 petition has been assigned to the undersigned Magistrate Judge. Petitioner has filed a letter asking how to get counsel appointed to him. (Dkt. #11). The letter was not served on opposing counsel, however, the court considers the letter as a motion for appointment of counsel.

    There is no right to have counsel appointed in cases brought under 28 U.S.C. § 2254 unless an evidentiary hearing is required, because the action is civil, not criminal, in nature. See <u>Terravona v. Kincheloe</u>, 852 F.2d 424, 429 (9th Cir. 1988); <u>Brown v. Vasquez</u>, 952 F.2d 1164, 1168 (9th Cir. 1992); and Rule 8(c) of the Rules Governing Section 2254 Cases in the United States District Courts.

ORDER- 1

1  An evidentiary hearing has not been granted in this case. Further, the claims in the petition are
2  adequately set forth and articulated.  Petitioner's motion for appointment of counsel (Dkt. # 11)  is
3  therefore **DENIED**.

4  The clerk is directed to send copies of this order to petitioner and counsel for respondent.

7  DATED this 1st day of June, 2006.

*/S/ J. Kelley Arnold*
J. Kelley Arnold
United States Magistrate Judge

28  ORDER- 2