UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

WILLIAM C. ULERY,

    Petitioner,

v.

DOUG WADDINGTON,

    Respondent.

Case No. C06-5192RBL

ORDER GRANTING RESPONDENT AN EXTENSION OF TIME

    This 28 U.S.C. § 2254 petition has been assigned to the undersigned Magistrate Judge. Before the court is Respondent's motion for an extension of time to file an answer. In the supporting documentation counsel explains that verbatim transcripts were not originally sent from the state court to counsel. Respondent's counsel states the transcripts have been found and will be supplied.

    Respondent has shown good cause for an extension of time and will have until **August 18th, 2006** to file an answer

    The clerk is directed to send copies of this order to petitioner and counsel for respondent. And to note the **August 18th, 2006** due date.

    DATED this 31st , day of July, 2006.

                                    */S/ J. Kelley Arnold*
                                    J. Kelley Arnold
                                    United States Magistrate Judge

ORDER- 1